No. 05–8300.  STRIET, AKA BAKKE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 05–8301.  SNYDER, AKA BALL v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–8303.  JONES v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 05–8304.  WHITE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 05–8305.  JOHNSON v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 05–8307.  JACOBO-MENDOZA v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 05–8309.  LEFORCE v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 05–8310.  JIMENEZ-JIMENEZ v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 05–8311.  PITT v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 05–8312.  LEMUZ-GARCIA v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 05–8313.  PETSCHE v. ULIBARRI, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 05–8314.  MILLER, AKA JOHNSON, AKA DEBRUIN, AKA KERNS v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 05–8315.  REYES v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 05–8316.  SOLORZANO v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.